Kevin M. Fitzpatrick, Esquire (VSB #30716)
4118 Leonard Drive, Suite 200
Fairfax, VA 22030
(703) 352-7150
Counsel for Automotive Finance Corporation

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| In re: Salim Zamani,<br><br>    Debtor. | Case No. 17-11618-KHK<br>(Chapter 7) |
| Automotive Finance Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Salim Zamani,<br><br>    Defendant. | Adv. Proc. No. 17-01085 |

## REQUEST TO REISSUE SUMMONS

  Automotive Finance Corporation, by counsel, hereby files this request to the Clerk of the Bankruptcy Court to Reissue the Summons in this matter, and in support thereof states as follows:

  1. Automotive Finance Corporation filed its Complaint on August 11, 2017, against Defendant Salim Zamani.

  2. On August 15, 2017, the Clerk of this Court issued a Summons which required the Defendant to serve an Answer or other responsive pleading within thirty days of the date of issuance of the Summons by the Clerk.

  3. On August 17, 2017, the office of counsel for the Plaintiff suffered a computer server crash that required 6 days to repair, causing a delay in preparing and serving the Summons and Complain in this case.

  WHEREFORE, Automotive Finance Corporation respectfully requests the Clerk to reissue the Summons in this case.

                                                  Automotive Finance Corporation,
                                                  By Counsel

THE FITZPATRICK LAW OFFICE, P.C.
Kevin M. Fitzpatrick
4118 Leonard Drive, Suite 200
Fairfax, Virginia 22030
(703) 352-7150


By:     /s/ Kevin M. Fitzpatrick
        Kevin M. Fitzpatrick
        Counsel for Automotive Finance Corporation

**2**