# CERTIFICATE OF SERVICE

Bankruptcy Case No.   17-11618-KHK

Adversary Case No.   17-01085

I, Kelly L. Fitzpatrick, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this alias summons and a copy of the Complaint was made on August 28, 2017, by:

**X**   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**Salim Zamani**
**41837 Cordgrass Cir.**
**Stone Ridge, Virginia 20105-5600**

**Janet M. Meiburger, Trustee**
**1493 Chain Bridge Road, Suite 201**
**Mc Lean, VA 22101**

**Amir Raminpour**
**Sandground, West, Silek & Raminpour, PL**
**8500 Leesburg Pike, Suite 400**
**Vienna, VA 22182**

___   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___   Residence Service: By leaving the process with the following adult at:

___   Publication: The defendant was served as follows: (Describe briefly):

___   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe Briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

August 24, 2017

                  /s/ Kelly L. Fitzpatrick
                   Kelly L. Fitzpatrick

**The Fitzpatrick Law Office, P.C.**
**4118 Leonard Drive, Suite 200**
**Fairfax, Virginia 22030**
**(703) 352 7150**