Kevin M. Fitzpatrick, Esquire (VSB #30716)
4118 Leonard Drive, Suite 200
Fairfax, VA 22030
(703) 352-7150
Counsel for Plaintiff Automotive Finance Corporation

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN RE: | |
| SALIM ZAMANI, | Case No. 17-11618-KHK |
| | (Chapter 7) |
| Debtor. | |
| AUTOMOTIVE FINANCE CORPORATION, | |
| Plaintiff, | |
| vs. | Adversary No. 1:17-ap-01085 |
| | Judge: Klinette H. Kindred |
| SALIM ZAMANI, | |
| Defendant. | |

**<u>DEFAULT JUDGMENT ORDER</u>**

A Default was entered against Defendant Salim Zamani ("Defendant") on November 1, 2017. Therefore, on motion of the Plaintiff Automotive Finance Corporation ("Plaintiff"), Judgment is entered against the Defendant in favor of Plaintiff as follows:

IT IS ORDERED THAT: Plaintiff's Motion for Default Judgment is GRANTED, and that judgment be, and hereby is, entered in favor of the Plaintiff against Defendant in the amount of $358,168.03, with interest accruing upon the principal amount at the legal rate from the date of

judgment, all of which is deemed nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2), 523(a)(4), and 523(a)(6).

DATED this _____ day of _____, 2017.

Dated: Mar 5 2018

/s/ Klinette Kindred
_____
Klinette H. Kindred
United States Bankruptcy Judge
Entered on Docket:March 6, 2018

I ASK FOR THIS:

THE FITZPATRICK LAW OFFICE, P.C.
Kevin M. Fitzpatrick
4118 Leonard Drive, Suite 200
Fairfax, Virginia 22030
(703) 352-7150

By:    /s/ Kevin M. Fitzpatrick
       Kevin M. Fitzpatrick, Esquire
       Counsel for «Client_LastName»

## CERTIFICATE OF ENDORSEMENT

This is to certify that all necessary parties have endorsed the Order attached hereto, and that the terms of the copy of the Order submitted to the Court are identical to those set forth in the original Order; and that the signatures represented by the ___/s/___ on this copy reference the signatures of parties on the original Order.

      /s/  Kevin M. Fitzpatrick
      Kevin M. Fitzpatrick

COPIES TO:

Kevin Fitzpatrick, Esquire
4118 Leonard Drive, Suite 200
Fairfax, Virginia 22030

Amir Raminpour Sandground
West, Silek & Raminpour, PLC
8500 Leesburg Pike, Suite 400
Vienna, Virginia 22182

Salim Zamani
41837 Cordgrass Cir.
Stone Ridge, Virginia 20105-5600

Janet M. Meiburger, Trustee
1493 Chain Bridge Road, Suite 201
Mc Lean, Virginia 22101

2